**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Airman Basic STEVIE R. BARING**
**United States Air Force**

**ACM S32230**

**11 February 2015**

Sentence adjudged 29 August 2013 by SPCM convened at Joint Base Charleston, South Carolina. Military Judge: Matthew P. Stoffel.

Approved Sentence: Confinement for 12 months, forfeiture of $1010 pay per month for 12 months, and a reprimand.

Appellate Counsel for the Appellant: Captain Travis L. Vaughan.

Appellate Counsel for the United States: Daniel J. Breen and Gerald R. Bruce, Esquire.

Before

ALLRED, HECKER, and TELLER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO) dated 5 February 2014 incorrectly identifies the Military Judge as Shaun S. Speranza, whereas the Military Judge was Matthew P. Stoffel. The court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are **AFFIRMED**.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court

ACM S32230